UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALLY ANN BENNETT,

        Petitioner,           No. 04-CV-74624-DT

vs.                                  Hon. Gerald E. Rosen

SUSAN DAVIS,

        Respondent.
_____/

## JUDGMENT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     November 22, 2005

        PRESENT: Honorable Gerald E. Rosen
                           United States District Judge

    The Court having this date entered an Order (1) adopting the Magistrate Judge's September 6, 2005 Report and Recommendation, (2) denying Plaintiff's petition for habeas corpus relief, and (3) dismissing this case,

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's petition for habeas corpus relief be, and hereby is, DENIED and accordingly, this case is DISMISSED.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated: November 22, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 22, 2005, by electronic and/or ordinary mail.

                                 s/LaShawn R. Saulsberry
                                 Case Manager